DARRYL J. HOROWITT, #100898
dhorowitt@ch-law.com
SHERRIE M. FLYNN, # 240215
sflynn@ch-law.com
CRAIG A. TRISTAO, #256528
ctristao@ch-law.com
COLEMAN & HOROWITT, LLP
Attorneys at Law
499 W. Shaw Avenue, Suite 116
Fresno, California 93704
Telephone: (559) 248-4820
Facsimile:  (559) 248-4830

Attorneys for REFUGE RECOVERY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REFUGE RECOVERY, a California nonprofit public benefit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>NOAH LEVINE, an individual; REFUGE RECOVERY HOUSE, LLC, a California limited liability company; REFUGE RECOVERY CLINICAL SERVICES, LLC, a California limited liability company; REBEL SAINTS MEDITATION SOCIETY dba REFUGE RECOVERY RETREATS a Washington nonprofit corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. CV 19-635 MWF (MAAx)<br><br>**PLAINTIFF REFUGE RECOVERY'S ANSWER TO COUNTERCLAIMS**<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff REFUGE RECOVERY ("Plaintiff"), a California non-profit public benefit corporation, answers defendants' NOAH LEVINE and REFUGE RECOVERY HOUSE, LLC's ("Defendants") Counterclaims as follows:

1.     Plaintiff is without sufficient knowledge on which to base an answer,

and therefore neither admits nor denies the allegations contained in paragraph 1 of the Defendants' Counterclaims.

2.    Plaintiff denies the allegations made in Defendants' Counterclaims, paragraph 2, insofar as it states that "(t)he current board of directors of RR (the "RR Board"), is attempting to jettison some of the core, successful principles of the organization that were put in place by its founder, Levine, years before the RR Board was created. In their effort to undermine the original vision for the Refuge Recovery movement, the current Directors are attempting to get rid of Levine, its founding visionary, as well." Plaintiff admits the remainder of paragraph 2.

3.    Plaintiff denies the allegations of fact contained in paragraph 3 of the Counterclaims and further states that the paragraph contains conclusions of law, which do not require a response.

4.    Plaintiff denies the factual allegations contained in paragraph 4 of the Counterclaims and further states that the paragraph contains conclusions of law, which do not require a response.

5.    Plaintiff is without sufficient knowledge on which to base an answer, and therefore neither admits nor denies the allegations contained in paragraph 5 of the Defendants' Counterclaims.

6.    Plaintiff is without sufficient knowledge on which to base an answer, and therefore neither admits nor denies the allegations contained in paragraph 6 of the Defendants' Counterclaims.

7.    Plaintiff denies the allegations contained in paragraph 7 of Defendants' Counterclaims.

8.    Plaintiff is without sufficient knowledge on which to base an answer, and therefore neither admits nor denies the allegations contained in paragraph 8 of the Defendants' Counterclaims.

9.    Plaintiff denies the allegations contained in paragraph 9 of Defendants' Answer insofar as it states that Noah Levine is "the" Founder of Refuge Recovery

and insofar as it relates to the dates of the founding of Refuge Recovery and Refuge Recovery Board. Plaintiff admits that there are "nearly 700 Refuge Recovery meetings across the United States and around the world," and that Noah Levine is the former President of the Organization. Plaintiff denies all other factual allegations made in paragraph 9 of Defendants' Counterclaims.

10.     Plaintiff denies the facts contained in paragraph 10 of Defendants' Counterclaims and further states that this paragraph contains conclusions of law, which do not require an Answer.

11.     Plaintiff denies the allegations contained in paragraph 11 of Defendants' Counterclaims, except insofar as Plaintiff admits that the position of President was eliminated by the Board subsequent to Noah Levine's stepping aside from the Board.

12.     Plaintiff denies the allegations contained in paragraph 12 of Defendants' Counterclaims, including all allegations contained in the lead paragraph and sub-paragraphs (a) through (g), inclusively.

13.     Plaintiff is without sufficient knowledge on which to base an answer, and therefore neither admits nor denies the allegations contained in paragraph 13 of the Defendants' Counterclaims.

14.     Plaintiff denies the allegations contained in paragraph 14 of the Defendants' Counterclaims.

15.     Plaintiff admits the allegations in paragraph 15 of the Defendants' Counterclaims insofar as it admits that Counterclaims have been filed by Defendants against Plaintiff. Plaintiff denies each and every other allegation of fact contained in paragraph 15.

16.     Plaintiff neither denies nor admits the allegations contained in paragraph 16 of the Counterclaims, and states that this paragraph contains no factual allegations and asks for conclusions of law in matters that are at issue, and therefore do not require an Answer.

17.    Plaintiff is without sufficient knowledge on which to base an answer, and therefore neither admits nor denies the allegations contained in paragraph 17 of the Defendants' Counterclaims.

18.    Plaintiff is without sufficient information on which to base an answer, and therefore neither admits nor denies the allegations contained in paragraph 18 of the Counterclaims.

19.    Plaintiff admits the allegations contained in paragraph 19 of the Counterclaims.

20.    Plaintiff admits the allegations contained in paragraph 20 of the Counterclaims.

21.    Plaintiff admits the allegations contained in paragraph 21 of the Counterclaims.

22.    Plaintiff admits the allegations contained in paragraph 22 of the Counterclaims.

23.    Plaintiff is without sufficient knowledge on which to base an answer, and therefore neither admits nor denies the allegations contained in paragraph 23 of the Defendants' Counterclaims.

24.    Plaintiff is without sufficient knowledge on which to base an answer, and therefore neither admits nor denies the allegations contained in paragraph 24 of the Defendants' Counterclaims.

25.    Plaintiff is without sufficient knowledge on which to base an answer, and therefore neither admits nor denies the allegations contained in paragraph 25 of the Defendants' Counterclaims.

26.    Plaintiff is without sufficient knowledge on which to base an answer, and therefore neither admits nor denies the allegations contained in paragraph 26 of the Defendants' Counterclaims.

27.    Plaintiff is without sufficient knowledge on which to base an answer, and therefore neither admits nor denies the allegations contained in paragraph 27 of

ANSWER TO COUNTERCLAIMS

the Defendants' Counterclaims.

28.     Plaintiff is without sufficient knowledge on which to base an answer, and therefore neither admits nor denies the allegations contained in paragraph 28 of the Defendants' Counterclaims.

29.     Plaintiff is without sufficient knowledge on which to base an answer, and therefore neither admits nor denies the allegations contained in paragraph 29 of the Defendants' Counterclaims.

30.     Plaintiff denies the allegations contained in paragraph 30 of Defendants' Counterclaims.

31.     Plaintiff denies the allegations contained in paragraph 31 of Defendants' Counterclaims.

32.     Plaintiff denies the allegations contained in paragraph 32 of Defendants' Counterclaims.

33.     Plaintiff is without sufficient knowledge to admit or deny the allegations contained in paragraph 33 of Defendants' Counterclaims.

34.     Plaintiff admits the allegations contained in paragraph 34 of the Defendants' Counterclaims.

35.     Plaintiff is without sufficient knowledge to admit or deny the allegations contained in paragraph 35 of Defendants' Counterclaims, demands and offer of proof, except that Plaintiff denies the allegation that "he" started writing the RR book.

36.     Plaintiff denies the allegations contained in paragraph 36 of Defendants' Counterclaims, and states further that, to the extent the paragraph makes conclusions of law at issue in this matter and does not allege specific facts, is not required to answer.

37.     Plaintiff is without sufficient knowledge on which to base an answer, and therefore neither admits nor denies the allegations contained in paragraph 37 of the Defendants' Counterclaims.

ANSWER TO COUNTERCLAIMS

38.     Plaintiff denies the allegations made in paragraph 38 of Defendants' Counterclaims.

39.     Plaintiff admits that in the RR Book, it is suggested that persons in Refuge Recovery attend a weekend meditation retreat after being clean and sober for six months, and a seven-to-ten-day retreat after being clean and sober for one year, but denies the remaining allegations made in paragraph 39 of Defendants' Counterclaims.

40.     Plaintiff is without sufficient knowledge on which to base an answer, and therefore neither admits nor denies the allegations contained in paragraph 40 of the Defendants' Counterclaims.

41.     Plaintiff admits that the RR Book was published in 2014, but denies the remaining allegations contained in paragraph 41 of Defendants' Counterclaims to the extent they purport to allege that the sales of the book were the only cause of the rapid growth of the RR movement.

42.     Plaintiff is without sufficient knowledge on which to base an answer, and therefore neither admits nor denies the allegations contained in paragraph 42 of the Defendants' Counterclaims.

43.     Plaintiff is without sufficient knowledge on which to base an answer, and therefore neither admits nor denies the allegations contained in paragraph 43 of the Defendants' Counterclaims, except that Plaintiff denies the allegation that the Board "provided a steady stream of patients to RRH."

44.     Plaintiff is without sufficient knowledge on which to base an answer, and therefore neither admits nor denies the allegations contained in paragraph 44 of the Defendants' Counterclaims, except that Plaintiff denies the allegation that it has rejected the principle that professional, Buddhist-based treatment may be of benefit to addicts.

45.     Plaintiff denies the allegations contained in paragraph 45 of Defendants' Counterclaims.

ANSWER TO COUNTERCLAIMS

46.   Plaintiff admits the allegations contained in paragraph 46 of Defendants' Counterclaims but preserves its allegation that these facts were the result of misstatement or misleading statements on the part of Defendant Levine, Defendant RRH, and Defendant REFUGE RECOVERY CLINICAL SERVICES, LLC.

47.   Plaintiff denies the allegation contained in paragraph 47 of Defendants' Counterclaims that the RR Board was not formed until 2017. Plaintiff admits the other allegations contained in paragraph 47.

48.   Plaintiff denies the allegations contained in paragraph 48 of Defendants' Counterclaims.

49.   Plaintiff denies the allegations contained in paragraph 49 of Defendants' Counterclaims.

50.   Plaintiff is without sufficient knowledge on which to base an answer, and therefore neither admits nor denies the allegations contained in paragraph 50 of the Defendants' Counterclaims.

51.   Plaintiff denies the allegations made in paragraph 51 of Defendants' Counterclaims.

52.   Plaintiff denies the allegations made in paragraph 52 of Defendants' Counterclaims.

53.   Plaintiff denies the allegations made in paragraph 53 of Defendants' Counterclaims, except that Plaintiff admits that "neither Levine nor any of his companies or Rebel Saints Meditation Society have any involvement in the management of RR" is true as of the date of this filing, but has not always been true.

54.   Plaintiff is without sufficient knowledge on which to base an answer, and therefore neither admits nor denies the allegations contained in paragraph 54 of the Defendants' Counterclaims.

55.   Plaintiff is without sufficient knowledge on which to base an answer,

and therefore neither admits nor denies the allegations contained in paragraph 55 of the Defendants' Counterclaims.

56.    Plaintiff's deny the allegations contained in paragraph 56 of Defendants' Counterclaims to the extent that they purport to allege that past statements hold true today, considering subsequent developments and behavior by Defendants.

57.    Plaintiff admits the allegations contained in paragraph 57 of Defendants' Counterclaims, to the extent that they admit that after "anonymous complaints were made, Levine voluntarily suspended his involvement in official RR Board matters." Plaintiff denies each and every other allegation made by Defendants in paragraph 58 of the Defendants' Counterclaims.

58.    Plaintiff denies each and every allegation contained in paragraph 58 of Defendants' Counterclaims, including but not limited to the sub-paragraphs (a) through (g), inclusive, except that Plaintiff admits it eliminated the position of President without Defendants' consent, and it posted a hyperlink to the Jezebel Gawkerblog article.

59.    Plaintiff denies the allegations contained in paragraph 59 of Defendants' Counterclaims as being an incomplete and misleading recounting of the history of the matters discussed therein.

60.    Paragraph 60 of Defendants' Counterclaims contains no allegations of fact but states conclusions of law and does not require a response from Plaintiff.

61.    Plaintiff is without sufficient knowledge on which to base an answer, and therefore neither admits nor denies the allegations contained in paragraph 61 of the Defendants' Counterclaims.

62.    Plaintiff is without sufficient knowledge on which to base an answer, and therefore neither admits nor denies the allegations contained in paragraph 62 of the Defendants' Counterclaims.

63.    Plaintiff denies the allegations contained in paragraph 63 of

ANSWER TO COUNTERCLAIMS

Defendants' Counterclaims.

64.   Plaintiff denies the allegations contained in paragraph 64 of Defendants' Counterclaims.

65.   Plaintiff denies the allegations contained in paragraph 65 of Defendants' Counterclaims.

66.   Plaintiff denies the allegations contained in paragraph 66 of Defendants' Counterclaims to the extent they are statements of fact. Paragraph 66 contains conclusions of law, to which Plaintiff is not required to file a response.

67.   Plaintiff denies the allegations contained in paragraph 67 of Defendants' Counterclaims.

68.   Plaintiff hereby incorporates all responses to Defendants' foregoing paragraphs into further responses.

69.   Plaintiff denies the allegations made in paragraph 69 of Defendants' Counterclaims.

70.   Paragraph 70 of Defendants' Counterclaims does not allege facts but merely contains conclusions of law that are the subject matter of this dispute, and therefore Plaintiff is not required to file a response.

71.   Paragraph 71 of Defendants' Counterclaims does not allege facts but merely contains conclusions of law that are the subject matter of this dispute, and therefore Plaintiff is not required to file a response.

72.   Paragraph 72, including but not limited to the sub-paragraphs (a) through (e), inclusive of Defendants' Counterclaims alleges no facts but merely contains conclusions of law that are the subject matter of this dispute, and therefore Plaintiff is not required to file a response.

73.   Paragraph 73 of Defendants' Counterclaims alleges no facts but merely contains conclusions of law that are the subject matter of this dispute, and therefore Plaintiff is not required to file a response.

74.   Plaintiff hereby incorporates all responses to Defendants' foregoing

ANSWER TO COUNTERCLAIMS

paragraphs into further responses.

75.     Paragraph 75 of Defendants' Counterclaims alleges no facts but merely contains conclusions of law that are the subject matter of this dispute, and therefore Plaintiff is not required to file a response.

76.     Paragraph 76 of Defendants' Counterclaims alleges no facts but merely contains conclusions of law that are the subject matter of this dispute, and therefore Plaintiff is not required to file a response.

77.     Paragraph 77 of Defendants' Counterclaims alleges no facts but merely contains conclusions of law that are the subject matter of this dispute, and therefore Plaintiff is not required to file a response.

78.     Paragraph 78 of Defendants' Counterclaims alleges no facts but merely contains conclusions of law that are the subject matter of this dispute, and therefore Plaintiff is not required to file a response.

79.     Paragraph 79 of Defendants' Counterclaims alleges no facts but merely contains conclusions of law that are the subject matter of this dispute, and therefore Plaintiff is not required to file a response.

80.     Paragraph 80 of Defendants' Counterclaims alleges no facts but merely contains conclusions of law that are the subject matter of this dispute, and therefore Plaintiff is not required to file a response.

81.     Paragraph 81 of Defendants' Counterclaims alleges no facts but merely contains conclusions of law that are the subject matter of this dispute, and therefore Plaintiff is not required to file a response.

82.     Plaintiff hereby incorporates all responses to Defendants' foregoing paragraphs into further responses.

83.     Paragraph 83 of Defendants' Counterclaims alleges no facts but merely contains conclusions of law that are the subject matter of this dispute, and therefore Plaintiff is not required to file a response.

84.     Paragraph 84 of Defendants' Counterclaims alleges no facts but merely

ANSWER TO COUNTERCLAIMS

contains conclusions of law that are the subject matter of this dispute, and therefore Plaintiff is not required to file a response.

85.    Plaintiff denies the allegations contained in paragraph 85 of Defendants' Counterclaims.

86.    Paragraph 86 of Defendants' Counterclaims alleges no facts but merely contains conclusions of law that are the subject matter of this dispute, and therefore Plaintiff is not required to file a response.

87.    Paragraph 87 of Defendants' Counterclaims alleges no facts but merely contains conclusions of law that are the subject matter of this dispute, and therefore Plaintiff is not required to file a response.

88.    Paragraph 88 of Defendants' Counterclaims alleges no facts but merely contains conclusions of law that are the subject matter of this dispute, and therefore Plaintiff is not required to file a response.

89.    Paragraph 89 of Defendants' Counterclaims alleges no facts but merely contains conclusions of law that are the subject matter of this dispute, and therefore Plaintiff is not required to file a response.

90.    Paragraph 90 of Defendants' Counterclaims alleges no facts but merely contains conclusions of law that are the subject matter of this dispute, and therefore Plaintiff is not required to file a response.

91.    Plaintiff denies the allegations contained in paragraph 91 of Defendants' Counterclaims.

92.    Paragraph 92 of Defendants' Counterclaims alleges no facts but merely contains conclusions of law that are the subject matter of this dispute, and therefore Plaintiff is not required to file a response.

93.    Plaintiff hereby incorporates all responses to Defendants' foregoing paragraphs into further responses.

94.    Paragraph 94 of Defendants' Counterclaims alleges no facts but merely contains conclusions of law that are the subject matter of this dispute, and therefore

Plaintiff is not required to file a response.

95.   Paragraph 95 of Defendants' Counterclaims alleges no facts but merely contains conclusions of law that are the subject matter of this dispute, and therefore Plaintiff is not required to file a response.

96.   Plaintiff denies the allegations contained in paragraph 96 of Defendants' Counterclaims.

97.   Plaintiff denies the allegations contained in paragraph 97 of Defendants' Counterclaims.

98.   Paragraph 98 of Defendants' Counterclaims alleges no facts but merely contains conclusions of law that are the subject matter of this dispute, and therefore Plaintiff is not required to file a response.

99.   Paragraph 99 of Defendants' Counterclaims alleges no facts but merely contains conclusions of law that are the subject matter of this dispute, and therefore Plaintiff is not required to file a response.

100.   Paragraph 100 of Defendants' Counterclaims alleges no facts but merely contains conclusions of law that are the subject matter of this dispute, and therefore Plaintiff is not required to file a response.

101.   Plaintiff hereby incorporates all responses to Defendants' foregoing paragraphs into further responses.

102.   Paragraph 102 of Defendants' Counterclaims alleges no facts but merely contains conclusions of law that are the subject matter of this dispute, and therefore Plaintiff is not required to file a response.

103.   Paragraph 103 of Defendants' Counterclaims alleges no facts but merely contains conclusions of law that are the subject matter of this dispute, and therefore Plaintiff is not required to file a response.

104.   Paragraph 104 of Defendants' Counterclaims alleges no facts but merely contains conclusions of law that are the subject matter of this dispute, and therefore Plaintiff is not required to file a response.

105. Paragraph 105 of Defendants' Counterclaims alleges no facts but merely contains conclusions of law that are the subject matter of this dispute, and therefore Plaintiff is not required to file a response.

106. Paragraph 106 of Defendants' Counterclaims alleges no facts but merely contains conclusions of law that are the subject matter of this dispute, and therefore Plaintiff is not required to file a response.

107. Paragraph 107 of Defendants' Counterclaims alleges no facts but merely contains conclusions of law that are the subject matter of this dispute, and therefore Plaintiff is not required to file a response.

108. Plaintiff hereby incorporates all responses to Defendants' foregoing paragraphs into further responses.

109. Paragraph 109 of Defendants' Counterclaims alleges no facts but merely contains conclusions of law that are the subject matter of this dispute, and therefore Plaintiff is not required to file a response.

110. Paragraph 110 of Defendants' Counterclaims alleges no facts but merely contains conclusions of law that are the subject matter of this dispute, and therefore Plaintiff is not required to file a response.

111. Paragraph 111 of Defendants' Counterclaims alleges no facts but merely contains conclusions of law that are the subject matter of this dispute, and therefore Plaintiff is not required to file a response.

112. Paragraph 112 of Defendants' Counterclaims alleges no facts but merely contains conclusions of law that are the subject matter of this dispute, and therefore Plaintiff is not required to file a response.

113. Paragraph 113 of Defendants' Counterclaims alleges no facts but merely contains conclusions of law that are the subject matter of this dispute, and therefore Plaintiff is not required to file a response.

114. Paragraph 114 of Defendants' Counterclaims alleges no facts but merely contains conclusions of law that are the subject matter of this dispute, and

therefore Plaintiff is not required to file a response.

115.  Plaintiff hereby incorporates all responses to Defendants' foregoing paragraphs into further responses.

116.  Paragraph 116 of Defendants' Counterclaims alleges no facts but merely contains conclusions of law that are the subject matter of this dispute, and therefore Plaintiff is not required to file a response.

117.  Plaintiff denies the allegations contained in paragraph 117 of Defendants' Counterclaims.

118.  Plaintiff denies the allegations contained in paragraph 118 of Defendants' Counterclaims.

119.  Paragraph 119 of Defendants' Counterclaims alleges no facts but merely contains conclusions of law that are the subject matter of this dispute, and therefore Plaintiff is not required to file a response.

120.  Plaintiff hereby incorporates all responses to Defendants' foregoing paragraphs into further responses.

121.  Plaintiff denies the allegations contained in paragraph 121 of Defendants' Counterclaims.

122.  Paragraph 122 of Defendants' Counterclaims alleges no facts but merely contains conclusions of law that are the subject matter of this dispute, and therefore Plaintiff is not required to file a response.

123.  Paragraph 123 of Defendants' Counterclaims alleges no facts but merely contains conclusions of law that are the subject matter of this dispute, and therefore Plaintiff is not required to file a response.

124.  Paragraph 124 of Defendants' Counterclaims alleges no facts but merely contains conclusions of law that are the subject matter of this dispute, and therefore Plaintiff is not required to file a response.

125.  Paragraph 125 of Defendants' Counterclaims alleges no facts but merely contains conclusions of law that are the subject matter of this dispute, and

ANSWER TO COUNTERCLAIMS

therefore Plaintiff is not required to file a response.

126.   Paragraph 126 of Defendants' Counterclaims alleges no facts but merely contains conclusions of law that are the subject matter of this dispute, and therefore Plaintiff is not required to file a response.

127.   Paragraph 127 of Defendants' Counterclaims alleges no facts but merely contains conclusions of law that are the subject matter of this dispute, and therefore Plaintiff is not required to file a response.

128.   Paragraph 128 of Defendants' Counterclaims alleges no facts but merely contains conclusions of law that are the subject matter of this dispute, and therefore Plaintiff is not required to file a response.

129.   Plaintiff hereby incorporates all responses to Defendants' foregoing paragraphs into further responses.

130.   Paragraph 130 of Defendants' Counterclaims alleges no facts but merely contains conclusions of law that are the subject matter of this dispute, and therefore Plaintiff is not required to file a response.

131.   Paragraph 131 of Defendants' Counterclaims alleges no facts but merely contains conclusions of law that are the subject matter of this dispute, and therefore Plaintiff is not required to file a response.

132.   Paragraph 132 of Defendants' Counterclaims alleges no facts but merely contains conclusions of law that are the subject matter of this dispute, and therefore Plaintiff is not required to file a response.

133.   Plaintiff hereby incorporates all responses to Defendants' foregoing paragraphs into further responses.

134.   Paragraph 134 of Defendants' Counterclaims alleges no facts but merely contains conclusions of law that are the subject matter of this dispute, and therefore Plaintiff is not required to file a response.

135.   Paragraph 135 of Defendants' Counterclaims alleges no facts but merely contains conclusions of law that are the subject matter of this dispute, and

ANSWER TO COUNTERCLAIMS

therefore Plaintiff is not required to file a response.

136.    Plaintiff hereby incorporates all responses to Defendants' foregoing paragraphs into further responses.

137.    Plaintiff admits that RR posted a hyperlink to the Jezebel Gawkerblog article on the RR Facebook Page. Plaintiff is without sufficient knowledge on which to base an answer, and therefore denies the remaining allegations contained in paragraph 137 of Defendants' Counterclaims.

138.    Plaintiff denies the allegations contained in paragraph 138 of Defendants' Counterclaims.

139.    Plaintiff admits the allegations contained in paragraph 139 of Defendants' Counterclaims.

140.    Plaintiff denies the allegations contained in paragraph 140 of Defendants' Counterclaims.

141.    Plaintiff denies the allegations contained in paragraph 141 of Defendants' Counterclaims.

142.    Plaintiff denies the allegations contained in paragraph 142 of Defendants' Counterclaims.

143.    Plaintiff denies the allegations contained in paragraph 143 of Defendants' Counterclaims.

144.    Paragraph 144 of Defendants' Counterclaims alleges no facts but merely contains conclusions of law that are the subject matter of this dispute, and therefore Plaintiff is not required to file a response.

145.    Paragraph 145 of Defendants' Counterclaims alleges no facts but merely contains conclusions of law that are the subject matter of this dispute, and therefore Plaintiff is not required to file a response.

146.    Paragraph 146 of Defendants' Counterclaims alleges no facts but merely contains conclusions of law that are the subject matter of this dispute, and therefore Plaintiff is not required to file a response.

ANSWER TO COUNTERCLAIMS

147.   Paragraph 147 of Defendants' Counterclaims alleges no facts but merely contains conclusions of law that are the subject matter of this dispute, and therefore Plaintiff is not required to file a response.

148.   Paragraph 148 of Defendants' Counterclaims alleges no facts but merely contains conclusions of law that are the subject matter of this dispute, and therefore Plaintiff is not required to file a response.

149.   Paragraph 149 of Defendants' Counterclaims alleges no facts but merely contains conclusions of law that are the subject matter of this dispute, and therefore Plaintiff is not required to file a response.

150.   Paragraph 150 of Defendants' Counterclaims alleges no facts but merely contains conclusions of law that are the subject matter of this dispute, and therefore Plaintiff is not required to file a response.

## FURTHER DENIAL

Plaintiff further denies any claim or allegation made in Defendants' Counterclaims not specifically admitted or denied or explained, and further specifically denies that Defendants are entitled to any of the relief claimed or other relief.

## AFFIRMATIVE DEFENSES

In further answer to the Counterclaims, and without assuming the proper burden of proof for any defense, Plaintiff alleges:

## FIRST AFFIRMATIVE DEFENSE

Defendants' Counterclaims are barred in whole or in part by the doctrine of waiver.

## SECOND AFFIRMATIVE DEFENSE

Defendants' Counterclaims are barred in whole or in part by the doctrine of acquiescence.

///

///

### THRID AFFIRMATIVE DEFENSE

Defendants' Counterclaims are barred in whole or in part by the doctrine of estoppel.

### FOURTH AFFIRMATIVE DEFENSE

Defendants' Counterclaims are barred in whole or in part by the doctrine of laches.

### FIFTH AFFIRMATIVE DEFENSE

Defendants' alleged damages are or were caused solely or partially by the acts, omissions, failures to act, misconduct intentional or unintentional, or negligence by the Defendants, their agents, employees, or related agencies, and are independent of any actions by Plaintiff.

### SIXTH AFFIRMATIVE DEFENSE

Defendants' claims for damages are barred because such damages, if any, were not the result of any action, inaction, or intent by Plaintiff, and were not caused by Plaintiff.

### SEVENTH AFFIRMATIVE DEFENSE

Defendants' claims are barred in whole or in part by the doctrine of unclean hands.

### EIGHTH AFFIRMATIVE DEFENSE

Defendants' claims for damages are barred in whole or in part because Defendants failed to take steps that would or could mitigate damages.

### NINTH AFFIRMATIVE DEFENSE

Defendants' claims for punitive damages are barred by the due process clause of the United States Constitution, by California Constitutional and Statutory Law, and by case law that is relevant to this dispute.

### TENTH AFFIRMATIVE DEFENSE

Defendants' demand for injunctive relief is barred because Defendants have failed to show that they have or are likely to suffer any irreparable harm or damage

from Plaintiff's actions.

## ELEVENTH AFFIRMATIVE DEFENSE

Defendants' Counterclaims, and each cause of action therein, fails to state facts sufficient to constitute a cause of action.

## TWELTH AFFIRMATIVE DEFENSE

Defendants' Counterclaims are barred by the applicable statute of frauds, including, but not limited to, Civil Code section 1624.

## THIRTEENTH AFFIRMATIVE DEFENSE

If Defendants' sustained any injury, damage or loss, which Plaintiff expressly denies, any such injury, damage or loss has been brought about and caused wholly and solely by reason of the acts, breaches, negligence and conduct of Defendants' and/or others, and without any breach, negligence or other unlawful conduct of Plaintiff, and as a result and consequence thereof, Defendants' are barred from relief or recovery herein against Plaintiff.

## FOURTEENTH AFFIRMATIVE DEFENSE

To the extent Plaintiff was responsible for conduct attributed to it by Defendants, said conduct was privileged, excused, and/or justified.

## FIFTEENTH AFFIRMATIVE DEFENSE

Plaintiff complied with and performed any and all obligations or duties imposed by contract, statute, regulation, or other laws in effect at the time of incident which purportedly gave rise to the damages alleged in the Counterclaim.

## SIXTEENTH AFFIRMATIVE DEFENSE

Plaintiff has not knowingly or intentionally waived any affirmative defense which may become known through discovery in this matter.

## RIGHT TO AMEND ANSWER, DEFENSES, AND ADMISSIONS

Plaintiff reserves the right to amend this answer or any of these answers, assert or withdraw any defense that may become apparent or moot through discovery or other means, and withdraw or amend any admissions or denials based

on discovery.

WHEREFORE, Plaintiff prays the Court to enter its Order

1.      That the Counterclaims of Defendants be dismissed;

2.      That Plaintiff be awarded its reasonable costs and attorney's fees in defending and responding to this Counterclaims;

3.      For such other and further relief as the Court may deem just, necessary or appropriate.

Dated: May 24, 2019                    COLEMAN & HOROWITT, LLP


                                       By:  /s/ Sherrie M. Flynn
                                            DARRYL J. HOROWITT
                                            SHERRIE M. FLYNN
                                            CRAIG A. TRISTAO
                                            Attorneys for Plaintiff
                                            REFUGE RECOVERY


### DEMAND FOR JURY TRIAL

Plaintiff, REFUGE RECOVERY, hereby demands a trial by jury.

Dated:  May 24, 2019                   COLEMAN & HOROWITT, LLP


                                       By:  /s/ Sherrie M. Flynn
                                            DARRYL J. HOROWITT
                                            SHERRIE M. FLYNN
                                            CRAIG A. TRISTAO
                                            Attorneys for Plaintiff
                                            REFUGE RECOVERY

# PROOF OF SERVICE

I declare that I am a resident of the County of Fresno.  I am over the age of eighteen (18) years and not a party to the within action.  My business address is 499 West Shaw Avenue, Suite 116, Fresno, California 93704.

On May 24, 2019, I served the foregoing document(s) described as follows:

**PLAINTIFF REFUGE RECOVERY'S ANSWER TO COUNTERCLAIMS**

on the following interested parties, addressed as follows:

> SMITHDEHN LLP
> Russell A. Smith (admitted pro hac vice)
> rsmith@smithdehn.com
> Jeffrey Holmes (SBN 100891)
> jholmes@smithdehn.com
> 2500 Broadway
> Building F, Suite 125-F
> Santa Monica, California 90404
> Telephone: (917) 239-5047
> Facsimile: (646) 417-7974

[ ]   BY MAIL - by placing [] a true and correct copy [] the original thereof enclosed in a sealed envelope with postage thereon fully prepaid in the firm's outgoing mail.  I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing.  It is deposited with United States Postal Service on that same day in the ordinary course of business.

[ ]   BY FACSIMILE TRANSMISSION - by causing a true facsimile thereof to be electronically transmitted to the parties, by using their facsimile number indicated above.

[X]   BY E-MAIL - by causing a true copy thereof to be electronically transmitted to the parties on this date before 5:00 p.m., by using their e-mail addresses indicated above.

[ ]   STATE: I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[X]   FEDERAL: I declare under penalty of perjury under the laws of the State of California that I am employed in the office of a member of the bar of this court at whose direction service was made.

Executed on May 24, 2019, at Fresno, California.

NAJI ALSHIKHAITI

---

PROOF OF SERVICE RE ANSWER TO COUNTERCLAIMS