DARRYL J. HOROWITT, #100898
dhorowitt@ch-law.com
SHERRIE M. FLYNN, # 240215
sflynn@ch-law.com
CRAIG A. TRISTAO, #256528
ctristao@ch-law.com
COLEMAN & HOROWITT, LLP
Attorneys at Law
499 W. Shaw Avenue, Suite 116
Fresno, California 93704
Telephone: (559) 248-4820
Facsimile: (559) 248-4830

JS-6

*Attorneys for* REFUGE RECOVERY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| REFUGE RECOVERY, a California nonprofit public benefit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>NOAH LEVINE, an individual; REFUGE RECOVERY HOUSE, LLC, a California limited liability company; REFUGE RECOVERY CLINICAL SERVICES, LLC, a California limited liability company; REBEL SAINTS MEDITATION SOCIETY dba REFUGE RECOVERY RETREATS a Washington non-profit corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:19-CIV-00635-MWF (MAAx)<br><br>**ORDER ON STIPULATION FOR DISMISSAL WITH PREJUDICE** |

The Court having considered the Parties' Stipulation to Dismiss Action With Prejudice and good cause appearing,

1

IT IS HEREBY ORDERED:

1. The Plaintiff's Complaint is hereby dismissed with prejudice;

2. The First Amended Counterclaims of the Defendants are hereby dismissed with prejudice;

3. This Court will retain jurisdiction to enforce the terms of the Parties' Settlement Agreement dated July 5, 2019;

4. Each Party shall bear its own costs, expenses, and attorneys' fees;

5. All scheduled dates and deadlines are VACATED.

IT IS SO ORDERED.

DATED: July 8, 2019

_____
Honorable Michael W. Fitzgerald
United States District Judge

ORDER ON STIPULATION FOR DISMISSAL WITH PREJUDICE